THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADRIAN ROSA and ANIBAL COLON, Appellants.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

ARMAND A. CIOFFI, Appellant, v. CITY OF NEW YORK et al., Respondents.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.